# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| MARK MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00265-CDP |
| | ) | |
| STATE OF MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This prisoner civil rights case is before the Court on review of the file.  Self-represented Plaintiff Mark Myers has submitted a complaint, but he has not submitted an application to proceed in district court without prepayment of fees and costs ("application").  The Court will order Plaintiff to either pay the $405 filing fee or file the application within 21 days of the date of this Order.  If Plaintiff files the application, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.  *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall either pay the $405 filing fee or submit an application to proceed in district court without prepayment of fees and costs within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff files an application to proceed in district court without prepayment of fees and costs, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail Plaintiff a copy of the Court's form application to proceed in district court without prepayment of fees and costs.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 27th day of February, 2026.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE